**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 8:26-cv-01124-KES                                Date: May 13, 2026

Titles: Flordelona Savaris Benno v. Markwayne Mullin, et al.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **Order to Show Cause Why Application of Non-Resident Attorney to Appear <u>Pro Hac Vice</u> (Dkt. 4) Should Not Be Denied**

This Court orders Plaintiff Flordelona Savaris Benno ("Plaintiff") to show cause why the application of non-resident attorney Mohammad A. Saleem ("Mr. Saleem") to appear <u>pro hac vice</u> ("PHV") in case no. 8:26-cv-01124-KES should not be denied under Local Rules 5-4.3.4(a)(3) and 83-2.1.3.2(c).

Local Rule 5-4.3.4(a)(3) provides: "In the case of documents requiring signatures other than those of registered CM/ECF filers (such as declarations), the filer must scan the hand-signed signature page(s) of the document in PDF format and electronically file the document as required by L.R. 5-4.3.1." L.R. 5-4.3.4(a)(3). Mr. Saleem provided a digital signature on his PHV application in violation of this rule. (Dkt. 4 at 2.)

Local Rule 83-2.1.3.2(c) states: "Unless authorized by the Constitution of the United States or Acts of Congress, an applicant is not eligible for permission to practice <u>pro hac vice</u> if the applicant ... is regularly engaged in business, professional, or other similar activities in California." L.R. 83-2.1.3.2(c). In 2018, Judge Percy Anderson of the Central District of California denied a PHV application under Local Rule 83-2.1.3.2(c) when the attorney had already appeared PHV five times in this District within the prior three years. <u>Kerstein v. Antelope Valley Hosp.</u>, No. 2:18-cv-08960-PA-JPR, 2018 U.S. Dist. LEXIS 231347, at *1, *3 (C.D. Cal. Dec. 13, 2018). Accordingly, five or more <u>pro hac vice</u> appearances within a three-year period can constitute

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 8:26-cv-01124-KES                                   Date: May 13, 2026
                                                              Page 2

"regular[] engage[ment] in business, professional, or other similar activities in California."  Id. at *3 (quoting L.R. 83-2.1.3.2(c)).

On May 8, 2026, Mr. Saleem applied for permission to appear PHV in this case.  (Dkt. 4.)  In his application, he represents that he has been granted PHV status in four cases in the Central District from 2024 to the present.  (Id. at 2.)  However, the Court appears to have found a fifth case.  Moreover, Local Rule 83-2.1.3.2(c) considers appearances not just in this District but within the state of California.  Court records indicate that, within the last three years, Mr. Saleem has appeared PHV in at least the following nineteen cases in California federal courts:

- Central District of California:

  o   5:24-cv-01627-WLH-DTB

  o   2:25-cv-00500-MWC-JPR

  o   2:25-cv-00673-AB-JC

  o   2:25-cv-09903-MWC-AJR

  o   5:26-cv-00656-DOC-E

- Eastern District of California:

  o   2:24-cv-02744

  o   2:24-cv-02946

  o   2:24-cv-01377

  o   2:23-cv-02587

  o   2:25-cv-02537

  o   2:25-cv-02546

  o   1:26-cv-01211

  o   1:26-cv-00535

  o   1:26-cv-00035

- Northern District of California:

  o   3:24-cv-02906

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 8:26-cv-01124-KES                                        Date: May 13, 2026
                                                                              Page 3

- o  5:24-cv-06409

- o  4:25-cv-07516

- o  3:26-cv-00307

- o  5:26-cv-01436

      Plaintiff is therefore ORDERED, on or before May 26, 2026, to show cause why Mr. Saleem is not "regularly engaged in business, professional, or other similar activities in California" and should not have his application to appear PHV denied under Local Rule 83-2.1.3.2(c).  Any response to this order shall identify Mr. Saleem's appearances in California state court in the last three years, as well as any other California federal court appearances in the last three years that this Court has not found.

      Should Mr. Saleem file a renewed PHV application, he must hand-sign it in accordance with Local Rule 5-4.3.4(a)(3).

Initials of Deputy Clerk <u>jd</u>